**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| ALEXANDER ASA-KWAPONG, | ) | |
| | ) | |
| Petitioner, | ) | 1:12-cr-416 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

**ROSEBORO NOTICE**

Pursuant to Local Rule 7(J), and in accordance with Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), petitioner is advised that he has the right to file a response opposing the Respondent's response, filed on April 9, 2014, and that failure to respond may result in the dismissal of the Petitioner's Motion. Petitioner's response must identify all facts stated by the Respondent with which petitioner disagrees and must set forth his version of the facts by offering affidavits (written statements signed before a notary public and under oath) or by filing sworn statements (bearing a statement that it is filed under penalty of perjury). Petitioner may also file a legal brief in opposition to the response filed by the Respondent.

Unless the Court orders otherwise, Petitioner's response must be filed, and a copy provided to Respondent's counsel, within twenty-one (21) days of the date the Respondent's response was filed. The Respondent's motion was filed on April 9, 2014. On May 13, 2014, the Court did so order, granting Petitioner thirty (3) days from the date of the order to respond.

                                        Respectfully submitted,

                                        DANA J. BOENTE
                                        UNITED STATES ATTORNEY

By:                 /s/
                                        Jason M. Scheff
                                        Special Assistant United States Attorney
                                        Justin W. Williams U. S. Attorney's Building
                                        2100 Jamieson Avenue
                                        Alexandria, Virginia 22314
                                        (703) 299-3814 (telephone)
                                        (703) 299-3983 (fax)
                                        jason.scheff@usdoj.gov

                                        Ryan Dickey
                                        Assistant United States Attorney

                                        ATTORNEYS FOR RESPONDENT

DATED:       May 22, 2014


## **CERTIFICATE OF SERVICE**

I hereby certify that on the below date a true copy of the foregoing was served on petitioner ("non-filing user") by first class mail addressed to:

Alexander Asa-Kwapong, Register No. 81317-083 (MVCC)
555-I GEO Drive (Unit A/3)
Philipsburg, Pennsylvania 16866-8139

Date: May 21, 2014                         /s/
                                           Jason M. Scheff
                                           Special Assistant United States Attorney
                                           Justin W. Williams U. S. Attorney's Building
                                           2100 Jamieson Avenue
                                           Alexandria, Virginia 22314
                                           (703) 299-3814 (telephone)
                                           (703) 299-3983 (fax)
                                           jason.scheff@usdoj.gov

                                           Ryan Dickey
                                           Assistant United States Attorney

                                           ATTORNEYS FOR RESPONDENT